# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-02-46 (2) |
| | § | |
| KELLY ARKADIE, | § | |
| | § | |
| Defendant-Movant. | § | |

## ORDER

By judgment signed August 1, 2008, the Court revoked Defendant Kelly Arkadie ("Arkadie") term of supervised release and imposed a term of imprisonment.  (D.E. 198; see also D.E. 194 (minutes from July 30, 2008 revocation proceedings).)  Arkadie was represented during the revocation proceedings by Joel Hughes Thomas, and Mr. Thomas filed a timely notice of appeal on Arkadie's behalf from the judgment of revocation.  (D.E. 199.)

On September 3, 2008, the Clerk received a letter from Arkadie explaining that he has had difficulty contacting Mr. Thomas and asking whether Mr. Thomas is still his attorney of record. Arkadie further states that if Mr. Thomas is not attorney of record, then Arkadie is requesting the appointment of appellate counsel.  (D.E. 205.)

Mr. Thomas remains Arkadie's counsel of record, and has already taken steps to further Arkadie's appeal.  (See, e.g., D.E. 202 (an order form for transcripts filed by Mr. Thomas).)  Thus, Arkadie already has appellate counsel and his request for appellate counsel (D.E. 205.) is DENIED AS MOOT.  The Clerk is directed, however, to provide a copy of the docket sheet to Arkadie. Additionally, the Clerk shall provide a copy of Arkadie's letter (D.E. 205) to Mr. Thomas, and to

1

provide a copy of this Order to Arkadie, in addition to the attorneys for the parties.

It is so ORDERED this 8th day of September 2008.

_____
Janis Graham Jack
United States District Judge