IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. C-02-46 (2) |
| | § | |
| KELLY ARKADIE, | § | |
|     Defendant. | § | |

## ORDER STRIKING SECOND MOTION FOR COPIES

On December 19, 2009, the Clerk received from Defendant Kelly Arkadie ("Arkadie") a letter motion seeking copies of all documents from his criminal case, as well as the names and phone numbers of certain DEA agents. (D.E. 222.) By Order signed and entered on December 29, 2008, the Court stuck that motion. (D.E. 224.) The Court noted therein that it had previously imposed a fine and sanctions against Arkadie, and that he had not paid the fine. Pursuant to the sanctions order, therefore, his motion was stricken. (D.E. 224.)

Arkadie has now filed another motion seeking the same information about the DEA agents as well as copies of various documents in his criminal case. According to his motion, he seeks those documents in order to file a "pro se brief" before the Fifth Circuit. To the extent he is requesting portions of his appellate record, he should make that request of the Fifth Circuit, not this Court. In any event, for the same reasons that the Court struck his first motion for copies, his latest filing is also hereby stricken from the record.

It is so ORDERED this 16th day of January, 2009.

                                              _____
                                              Janis Graham Jack
                                              United States District Judge